AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

ASUS TECHNOLOGY LICENSING INC. ET AL. )
*Plaintiff* )
v. )  Case No.  2:23-cv-409
SAMSUNG ELECTRONICS CO., LTD., ET AL. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,                                                                                        .

Date:  12/13/2023

*/s/ Nicholas A. Brown*
*Attorney's signature*

Nicholas A. Brown (CA SBN 198210)
*Printed name and bar number*

101 Second St., Suite 2200, San Francisco, CA 94105
*Address*

Nicholas.Brown@gtlaw.com
*E-mail address*

(415) 655-1300
*Telephone number*

(415) 707-2010
*FAX number*