AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| ASUS TECHNOLOGY LICENSING INC. ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-409 |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA, .

Date: 12/14/2023

/s/ Vimal M. Kapadia
*Attorney's signature*

Vimal M. Kapadia, NY Bar # 5269543
*Printed name and bar number*

Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
*Address*

Vimal.Kapadia@gtlaw.com
*E-mail address*

(212) 801-9200
*Telephone number*

(212) 801-6400
*FAX number*