AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-409 |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,                                                                                        .

Date:   December 11, 2023

*Attorney's signature*

Richard A. Edlin
*Printed name and bar number*

Greenberg Traurig, One Vanderbilt Ave., New York, NY 10017
*Address*

Edlinr@gtlaw.com
*E-mail address*

212-801-6528
*Telephone number*

(212) 801-6400
*FAX number*