AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| ASUS TECHNOLOGY LICENSING INC. ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-409 |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA.

Date: 12/11/2023

*Attorney's signature*

Kathryn E. Albanese, NY Bar # 5748033
*Printed name and bar number*

Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
*Address*

katie.albanese@gtlaw.com
*E-mail address*

(212) 801-9200
*Telephone number*

(212) 801-6400
*FAX number*