AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

ASUS TECHNOLOGY LICENSING INC. ET AL.
*Plaintiff*

v.

SAMSUNG ELECTRONICS CO., LTD., ET AL.
*Defendant*

Case No. 2:23-cv-409

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA, .

Date: December 11, 2023

/s/ Stephen M. Ullmer
*Attorney's signature*

Stephen M. Ullmer, State Bar No. 52803
*Printed name and bar number*

1144 15th Street, Suite 3300 Denver, CO 80202
*Address*

ullmers@gtlaw.com
*E-mail address*

(303) 572-6579
*Telephone number*

(303) 572-6500
*FAX number*