**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC**, <br><br> Plaintiffs, <br><br> v. <br><br> **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA,** <br><br> Defendants. | Civil Action No. 2:23-cv-409 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that the following attorney is entering an appearance for Plaintiffs,

Asus Technology Licensing, Inc. and Celerity IP, LLC, in the above numbered and entitled cause:

> M. Jill Bindler
> Texas Bar No. 02319600
> GRAY REED & MCGRAW, P.C.
> 1601 Elm Street, Suite 4600
> Dallas, Texas 75201
> Tel: (214) 954-4135
> jbindler@grayreed.com

Ms. Bindler is currently admitted to practice in the Eastern District of Texas.

DATED:  March 14, 2024.

Respectfully submitted,

/s/ *M. Jill Bindler*
Robert Christopher Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel:  (903) 531-3535

Jason Sheasby
California State Bar No. 205455
(*pro hac vice* to be filed)
jsheasby@irell.com
Rebecca Carson
California State Bar No. 254105
(*pro hac vice*)
rcarson@irell.com
Christopher Abernethy
California State Bar No. 275986
(*pro hac vice*)
cabernethy@irell.com
Tony Rowles
California State Bar No. 301209
(*pro hac vice*)
trowles@irell.com
Benjamin Manzin-Monnin
California State Bar No. 325381
(*pro hac vice*)
bmonnin@irell.com
Jordan Nafekh
California State Bar No. 328151
(*pro hac vice*)
jnafekh@irell.com
Russell Hoover
California State Bar No. 334913
(*pro hac vice*)
rhoover@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel:  (310) 277-1010

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & McGRAW, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Tel: (214) 954-4135


**ATTORNEYS FOR PLAINTIFFS
ASUS TECHNOLOGY LICENSING INC.
AND CELERITY IP, LLC**


## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via the Court's ECF system on March 14, 2024.

/s/ *M. Jill Bindler*
M. Jill Bindler