IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,<br><br>    Defendants. | Civil No. 2:23-cv-00409-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC,<br><br>    Counterclaim-Defendants. | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that Phillip B. Philbin of Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201 enters his appearance as counsel of record for Plaintiffs ASUS Technology Licensing Inc. and Celerity IP, LLC in the above-numbered and styled cause for purposes of receiving notices and orders from the Court.

Dated: March 22, 2024                                       Respectfully submitted,

*/s/ Phillip B. Philbin*
Jamie H. McDole
  State Bar No. 24082049
Phillip B. Philbin
  State Bar No. 15909020
Michael D. Karson
  State Bar No. 24090198
Miranda Y. Jones
  State Bar No. 24065519
Grant Tucker
  State Bar No. 24121422
Matthew L. Vitale
  State Bar No. 24137699
WINSTEAD PC
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Tel.: 214.745.5400
Fax: 214.745.5390
Email: jmcdole@winstead.com
        pphilbin@winstead.com
        mkarson@winstead.com
        mjones@winstead.com
        gtucker@winstead.com
        mvitale@winstead.com

*Attorneys for ASUS Technology Licensing Inc. and Celerity IP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 22, 2024, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Phillip B. Philbin*
Phillip B. Philbin
