IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,<br><br>    Defendants. | Civil No. 2:23-cv-00409-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC,<br><br>    Counterclaim-Defendants. | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Matthew L. Vitale of Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201 enters his appearance as counsel of record for Plaintiffs ASUS Technology Licensing Inc. and Celerity IP, LLC in the above-numbered and styled cause for purposes of receiving notices and orders from the Court.

Dated: March 22, 2024 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew L. Vitale*
　　　　　　　　　　　　　　　　　　　　Jamie H. McDole
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24082049
　　　　　　　　　　　　　　　　　　　　Phillip B. Philbin
　　　　　　　　　　　　　　　　　　　　　State Bar No. 15909020
　　　　　　　　　　　　　　　　　　　　Michael D. Karson
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24090198
　　　　　　　　　　　　　　　　　　　　Miranda Y. Jones
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24065519
　　　　　　　　　　　　　　　　　　　　Grant Tucker
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24121422
　　　　　　　　　　　　　　　　　　　　Matthew L. Vitale
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24137699
　　　　　　　　　　　　　　　　　　　　WINSTEAD PC
　　　　　　　　　　　　　　　　　　　　2728 N. Harwood Street
　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Tel.: 214.745.5400
　　　　　　　　　　　　　　　　　　　　Fax: 214.745.5390
　　　　　　　　　　　　　　　　　　　　Email: jmcdole@winstead.com
　　　　　　　　　　　　　　　　　　　　　　　　pphilbin@winstead.com
　　　　　　　　　　　　　　　　　　　　　　　　mkarson@winstead.com
　　　　　　　　　　　　　　　　　　　　　　　　mjones@winstead.com
　　　　　　　　　　　　　　　　　　　　　　　　gtucker@winstead.com
　　　　　　　　　　　　　　　　　　　　　　　　mvitale@winstead.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for ASUS Technology Licensing Inc. and Celerity IP, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 22, 2024, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Matthew L. Vitale*
Matthew L. Vitale