

# PATENT ASSIGNMENT AGREEMENT

This Patent Assignment Agreement ("**Assignment**") is dated March 7, 2024 (the "**Effective Date**") and is between:

**ASUSTeK Computer Inc.**, a Taiwan corporation having a place of business at 15, Li-Te Rd., Peitou Dist., Taipei 112, Taiwan, R.O.C. ("**Assignor**"); and

**ASUS Technology Licensing Inc.**, a Taiwan corporation having a place of business at 2F, No. 11, Sec. 2, Beitou Rd., Beitou Dist., Taipei City 112028, Taiwan R.O.C. ("**Assignee**").

## BACKGROUND

Assignor owns all rights, title, and interest in, to and, under all the patents, patent applications and/or provisional patent applications set forth on Schedule A attached hereto (collectively, the "**Assigned Patents**");

Assignor has agreed to assign to Assignee, and Assignee has agreed to acquire from Assignor, all of Assignor's right, title and interest in and to the Assigned Patents; and

Assignor and Assignee agree that good and valuable consideration has been received by Assignor for such assignment.

Assignor and Assignee therefore agree as follows:

## AGREEMENT

1.  Assignment.  Assignor hereby assigns to Assignee, and Assignee hereby accepts and acquires from Assignor, all of Assignor's right, title, and interest throughout the world (under any and all laws and in any and all jurisdictions) in and to (i) the Assigned Patents, (ii) any and all letters patent, certificates of invention, design registrations and utility models which may be granted on the Assigned Patents; and (iii) all causes of action, enforcement rights, infringement claims and other rights (including all rights to pursue damages, injunctive relief and other remedies for past, present and future infringement) based upon, arising out of or relating to any of the Assigned Patents.  This assignment is limited to the Assigned Patents listed on Schedule A and does not extend to any divisionals, continuations, continuations-in-part, substitutes, extensions, renewals, reissues, reexaminations, or foreign counterparts of the Assigned Patents unless specifically listed on Schedule A.

Pursuant to the foregoing assignment, each of the Assigned Patents shall hereafter be for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignor if this Assignment had not been made.  The assignment pursuant to this Section 1 includes, without limitation (A) the right, if any, to register or apply in all countries and regions in the Assignee's name for patents, utility models, design registrations and like rights of exclusion and for inventors' certificates for said inventions and improvements; (B) the right to apply for, prosecute, maintain and defend the Assigned Patents (including the right to continue any such action underway and to revive any such action previously abandoned) before any public or private agency, office or registrar including by filing after the Effective Date reissues, reexaminations, divisionals, continuations, continuations-in-part, substitutes, extensions and all other applications and post issue

proceedings included in the Assigned Patents; (C) the right, if any, to claim priority based on the filing dates of any of the Assigned Patents under the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, the Paris Convention, and all other treaties of like purposes; and (D) the right to sue and recover damages or other compensation for past, present or future infringements thereof, the right to sue and obtain equitable relief, including injunctive relief, in respect of such infringements, and the right to fully and entirely stand in the place of the Assignor in all matters related to the Assigned Patents.

2. <u>Authorization</u>. Assignor also hereby expressly authorizes the respective patent office or governmental agency in each and every jurisdiction worldwide (including the Commissioner of Patents and Trademarks in the United States Patent and Trademark Office, and the corresponding entities or agencies in any applicable foreign countries or multinational authorities) to do the following: (a) to issue any and all patents or certificates of invention or equivalent which may be granted upon any of the Assigned Patents in the name of Assignee, as the assignee to the entire interest therein; and (b) to record Assignee as the assignee and owner of the Assigned Patents and to deliver to Assignee, and to Assignee's attorneys, agents, successors or assigns, all official documents and communications as may be warranted by this Assignment.

3. <u>Recordation</u>. Assignee shall be solely responsible for all actions and all costs whatsoever, including but not limited to taxes, attorneys' fees and patent office fees in any jurisdiction, associated with the perfection of Assignee's right, title, and interest in and to the Assigned Patents and recordation and/or registration of this Assignment or any other document evidencing the assignment to Assignee of the Assigned Patents.

4. <u>Disclaimer</u>. There are no warranties, representations or conditions, express or implied, statutory or otherwise between the Parties under this Assignment. ASSIGNEE ACKNOWLEDGES THAT THE ASSIGNED PATENTS ARE CONVEYED WITHOUT ANY REPRESENTATION, WARRANTY OR GUARANTY, INCLUDING WITHOUT LIMITATION AS TO THE CONDITION OF TITLE, ENFORCEABILITY, SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY, VALIDITY, REGISTRABILITY OR ANY OTHER WARRANTY, WHETHER EXPRESS OR IMPLIED OR BY OPERATION OF LAW, BY ANY PERSON, INCLUDING WITHOUT LIMITATION BY ASSIGNOR, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, ACCOUNTANTS, FINANCIAL, LEGAL OR OTHER REPRESENTATIVES OR ANY AFFILIATE OF SUCH PERSON.

5. <u>Governing Law</u>. This Agreement shall be construed in accordance with the substantive laws of the State of Texas, excluding the conflict of law principles thereof. Each of the parties hereto hereby irrevocably agrees that any legal suit, action or proceeding arising out of or based upon this Assignment shall be brought exclusively in the state or federal courts located in the Eastern District of Texas and waives, any objection such party may now or hereafter have to the laying of venue of any such proceeding, and irrevocably submits to the exclusive jurisdiction of any such court in any such suit, action or proceeding.

6. <u>General Provisions</u>. This Assignment may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same instrument. Delivery of an executed counterpart of a signature page to this Assignment by facsimile, electronic mail or other electronic signature means shall be as effective as delivery of a manually executed counterpart of this Assignment. This Assignment may not be supplemented, altered, or modified in any manner except by a writing signed by all parties hereto. The failure of any party to enforce any terms or provisions of this Assignment shall not waive any of its rights under such terms or provisions. This Assignment is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

This Patent Assignment Agreement is effective as of the Effective Date set forth in the first paragraph above.

**ASUSTeK Computer Inc.**

Signature: *Vincent Hong* (DocuSigned by: 857E3EE4886F438...)

Name:   Vincent Hong

Title:   General Counsel

ACCEPTED AND AGREED by:

**ASUS Technology Licensing Inc.**

Signature: *Alex Sun* (DocuSigned by: 3C4BD300D967411...)

Name:   Alex Sun

Title:   President

3

## SCHEDULE A

| Patent No. | Issue Date | Title |
|---|---|---|
| US 10,104,658 B2 | 10/06/2018 | Method and Apparatus for Delivery of Control Signaling in a Wireless Communication System |
| US 10,986,585 B2 | 04/20/2021 | Method and Apparatus for Triggering Power Headroom Report for Multiple Pathloss Reference in a Wireless Communication System |
| US 11,291,052 B2 | 03/29/2022 | Method and Apparatus for Improving Msg3 Transmission of Random Access Procedure in a Wireless Communication System |