# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT8350179

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| ASUSTEK COMPUTER INC. | 12/06/2023 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | ASUS TECHNOLOGY LICENSING INC. |
| **Street Address:** | 2F, NO. 11, SEC. 2, BEITOU RD., BEITOU DISTRICT |
| **City:** | TAIPEI CITY 112028 |
| **State/Country:** | TAIWAN |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 10104658 |

**CORRESPONDENCE DATA**

**Fax Number:** (714)795-2995

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 7148393800 |
| **Email:** | skim@bluecapitallaw.com |
| **Correspondent Name:** | BLUE CAPITAL LAW FIRM, P.C. |
| **Address Line 1:** | 650 TOWN CENTER DRIVE, SUITE 1530 |
| **Address Line 4:** | COSTA MESA, CALIFORNIA 92626 |

| ATTORNEY DOCKET NUMBER: | 1426-077.101ATL |
|---|---|
| NAME OF SUBMITTER: | SANG N. DANG |
| SIGNATURE: | /Sang N. Dang/ |
| DATE SIGNED: | 12/26/2023 |

**Total Attachments: 4**
source=ASUS-AssignmentasFiled12262023V2#page1.tif
source=ASUS-AssignmentasFiled12262023V2#page2.tif
source=ASUS-AssignmentasFiled12262023V2#page3.tif
source=ASUS-AssignmentasFiled12262023V2#page4.tif




# PATENT ASSIGNMENT AGREEMENT

This Patent Assignment Agreement *("Agreement")* is made by **ASUSTeK Computer Inc.**, a Taiwan corporation having a place of business at 15 Li-Te Road, Peitou District, Taipei 112, Taiwan *("Assignor")*, to **ASUS Technology Licensing Inc.**, a Taiwan corporation having a place of business at 2F, No. 11, Sec. 2, Beitou Rd., Beitou District, Taipei City 112028, Taiwan *("Assignee")*.

WHEREAS Assignor owns the patent(s) *("Patents")* and patent applications *("Patent Applications")* set forth in <u>Exhibit A</u> hereto; and

WHEREAS Assignee desires to acquire Assignor's entire right, title and interest in and to the Patents, Patent Applications, and the Future Patents (as hereinafter defined);

NOW, THEREFORE, in consideration of mutual covenants and agreements set forth below, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.    **ASSIGNMENT OF PATENTS AND PATENT APPLICATIONS.** Assignor hereby irrevocably and unconditionally grants, conveys, transfers, and assigns to Assignee all of Assignor's right, title and interest in and to the Patents, the Patent Applications, the inventions disclosed therein, and all future patents that may issue from Patent Applications throughout the world, and all foreign counterparts, divisionals, continuations in whole or in part, reexaminations, reissues, substitutions or extensions of any of the preceding (collectively *"Future Patents")*, and the right to claim priority to any of the preceding, the same to be held by Assignee for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors, assigns and other legal representatives, as fully and entirely as the same would have been held and enjoyed by Assignor if this Agreement had not been made; together with all claims for damages by reason of past, present and future infringements of the Patents and Future Patents and the right to sue for and collect such damages, as permitted under the applicable laws for any jurisdiction or country in which such claims may be asserted (provided, however, that the foregoing does not require Assignor to pay to Assignee any revenues or damages previously recovered or to be recovered pursuant to contracts previously concluded by Assignor, nor does it amend any other written agreements between Assignor and Assignee with respect thereto), for the use and benefit of Assignee and its successors, assigns and other legal representatives.

2.    **ISSUANCE OF FUTURE PATENTS.** Assignor hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States, and any officer of any country or countries foreign to the United States, whose duty it is to issue patents or other evidence or forms of intellectual property protection or applications as aforesaid, to issue the Future Patents to Assignee and its successors, assigns and other legal representatives in accordance with the terms of this instrument.

3.    **DISCLAIMER.** OTHER THAN THE WARRANTIES EXPRESSLY GRANTED HEREIN, ASSIGNOR DOES NOT MAKE ANY REPRESENTATIONS OF ANY KIND, EXTEND ANY WARRANTIES OF ANY KIND, OR CONFER ANY RIGHT BY IMPLICATION, ESTOPPEL, OR OTHERWISE.

4.    **GENERAL.**

A.   <u>Notice.</u> Any notice, approval, authorization, consent, or other communication required or permitted to be delivered to either party under this Agreement must

be in writing and will be deemed properly delivered, given, and received (i) when delivered by hand, or (ii) two (2) business days after delivered by courier or express delivery service to the address set forth beneath the name of such party below (or to such other address s such party may have specified in a written notice to the other party):

If to Assignor, to:
ASUSTeK Computer Inc.
15 Li-Te Road Peitou District, Taipei 112, Taiwan

If to Assignee, to:
ASUS Technology Licensing Inc.
2F, No. 11, Sec. 2, Beitou Rd., Beitou District, Taipei City 112028, Taiwan

B.    Governing Law. This Agreement will be construed in accordance with and governed in all respects by the laws of the State of California without reference to principles of conflict of laws.

C.    Remedies. The rights and remedies of the parties will be cumulative (and not alternative). If any legal action is brought to enforce this Agreement, the prevailing party will be entitled to receive its attorneys' fees, court costs, and other collection expenses, in addition to any other relief it may receive.

D.    Waiver. All waivers must be in writing and signed by an authorized representative of the party to be charged. Any waiver or failure to enforce any provision of this Agreement on one occasion will not be deemed a waiver of any other provision or of such provision on any other occasion.

E.    Severability. If any provision of this Agreement is unenforceable, such provision will be changed and interpreted to accomplish the objectives of such provision to the greatest extent possible under applicable law and the remaining provisions will continue in full force and effect.

F.    Independent Contractors. This Agreement is not intended to establish any partnership, joint venture, employment, or other relationship between the parties except that of independent contractors.

G.    Construction. The section headings in this Agreement are for convenience of reference only, will not be deemed to be a part of this Agreement, and will not be referred to in connection with the construction or interpretation of this Agreement. Any rule of construction to the effect that ambiguities are to be resolved against the drafting party will not be applied in the construction or interpretation of this Agreement. As used in this Agreement, the words "include" and "including," and variations thereof, will not be deemed to be terms of limitation, but rather will be deemed to be followed by the words "without limitation." All references in this Agreement to "Sections" are intended to refer to Sections of this Agreement.

H.    Counterparts. This Agreement may be executed in several counterparts, each of which will constitute an original and all of which, when taken together, will constitute one agreement.

I.    Entire Agreement. This Agreement, including the Exhibit A, sets forth the entire understanding of the parties relating to the subject matter hereof and supersedes all prior agreements and understandings between the parties relating to the subject matter hereof. This Agreement may not be amended, modified, altered, or supplemented other than by means of a written instrument duly executed and delivered on behalf of both parties.

PATENT
REEL: 065957 FRAME: 0034

IN WITNESS WHEREOF, the parties have executed this Agreement on the date first above written.

**Assignor:**

ASUSTeK Computer Inc.

By: _____

Name: _____ Shih, Tsung-Tang _____

Title: _____ Chairman _____

**Assignee:**

ASUS Technology Licensing Inc.

By: _____

Name: _____ Hsieh, Min-Chieh _____

Title: _____ Chairman _____

3

**EXHIBIT A**

| Application No. /Patent No. | Filing Date/Issue Date | Title | Reel/Frame |
|---|---|---|---|
| 15/175,673<br><br>USPN: 10,104,658 | June 7, 2016<br><br>October 16, 2018 | METHOD AND APPARATUS FOR DELIVERY OF CONTROL SIGNALING IN A WIRELESS COMMUNICATION SYSTEM | 038834/0831 |

4