# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT8148245

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ASUSTEK COMPUTER INC. | 09/05/2023 |

### RECEIVING PARTY DATA

| Name: | ASUS TECHNOLOGY LICENSING INC. |
|---|---|
| Street Address: | 2F, NO.11, SEC. 2, BEITOU RD, BEITOU DIST. |
| City: | TAIPEI CITY |
| State/Country: | TAIWAN |
| Postal Code: | 112028 |

### PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Application Number: | 15674483 |
| Application Number: | 16996957 |

### CORRESPONDENCE DATA

Fax Number:  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 2166540090  
Email: docketing@cooperlegalgroup.com  
Correspondent Name: WILLIAM JOSEPH COOPER  
Address Line 1: 1388 RIDGE ROAD, UNIT 1  
Address Line 4: HINCKLEY, OHIO 44233

| ATTORNEY DOCKET NUMBER: | ASUP139US ASUP139USA |
|---|---|
| NAME OF SUBMITTER: | WILLIAM J COOPER |
| SIGNATURE: | /William J. Cooper/ |
| DATE SIGNED: | 09/05/2023 |

Total Attachments: 2  
source=ASUS_ATL_LA-2310214_ASSIGNMENT#page1.tif  
source=ASUS_ATL_LA-2310214_ASSIGNMENT#page2.tif

 

# ASSIGNMENT

Whereas, ASUSTek Computer Inc., a corporation of Taiwan, having a place of business at No.15, Lite Road Peitou Dist., Taipei City 112, Taiwan (R.O.C.), hereinafter referred to as "assignor", did obtain the entire right, title, and interest in and to certain new and useful improvements in the attached Annex A, and whereas, ASUSTek Computer Inc. is the sole owner of said applications, and,

WHEREAS, ASUS Technology Licensing Inc., a corporation of Taiwan, having a place of business at 2F., No. 11, Sec. 2, Beitou Rd., Beitou Dist., Taipei City 112028, Taiwan (R.O.C.), hereinafter referred to as "assignee", is desirous of acquiring all right, title, and interest in, to, and under said improvements and inventions and patent rights therefor.

NOW, THEREFORE, be it known that, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, all right, title, and interest, in the United States, in, to and under said improvements and inventions and all patents, patent applications, patent rights, and inventors' certificates thereof, therefor, and therein, including without limitation said application for patent in the United States, all divisions and continuations thereof, all patents which may be granted thereon, all reissues and extensions thereof, all right to sue for past infringement thereunder, all patents which may be granted for said improvements and inventions by states or nations other than the United States, or by other authority, entity, or organization, and all applications therefor, have been and are hereby sold, assigned, transferred, and delivered unto assignee, its successors and assigns by the undersigned; and it is covenanted and agreed by the undersigned, and for executors, administrators, and legal representatives of the undersigned, that at assignee's request any and all applications, affidavits, assignments, and other instruments will be made, executed, and delivered as may be necessary, or desirable to secure for or vest in assignee, its successors or assigns, any improvement, inventions, right, title, interest, application, patent, patent right or other right or property covered by this assignment, and the United States Commissioner of Patents and Trademarks is hereby requested and authorized to issue any and all United States patents granted on any of said applications to assignee as owner of the entire right, title, and interest in, to, and under the same, and appropriately empowered officials of foreign countries are hereby authorized to issue any letters patent granted on any of said applications to assignee as owner of the entire right, title and interest in, to, and under the same.

The undersigned hereby grants the firm of Cooper Legal Group LLC the power to insert on this assignment any further identification which may be necessary or desirable in order to comply with the rules of the United States Patent and Trademark Office for recordation of this document.

IN WITNESS WHEREOF, this assignment has been executed below by the undersigned:

Assignor: ASUSTek Computer Inc.

Date: _2023. 9. 5_       Signed: _____
                                  Shih, Tsung-Tang
                                  Chairman, ASUSTek Computer, Inc.

Assignee: ASUS Technology Licensing Inc.

Date: _2023. 9. 5_       Signed: _____
                                  Hsieh, Min-Chieh
                                  Chairman, ASUS Technology Licensing Inc.

**PATENT**
**REEL: 064788 FRAME: 0881**

## Annex A

| Application Serial Number | Filing Date | Patent Number | Issue Date | Attorney Docket Number | Title |
|---|---|---|---|---|---|
| 15/674,483 | 08/10/2017 | 10,785,759 | 09/22/2020 | ASUP139US | METHOD AND APPARATUS FOR DETERMINING NUMEROLOGY BANDWIDTH IN A WIRELESS COMMUNICATION |
| 16/996,957 | 08/19/2020 | 11,337,205 | 05/17/2022 | ASUP139USA | METHOD AND APPARATUS FOR DETERMINING NUMEROLOGY BANDWIDTH IN A WIRELESS COMMUNICATION |