# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT8352322

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ASUSTEK COMPUTER INC. | 12/25/2023 |

## RECEIVING PARTY DATA

| Name: | ASUS TECHNOLOGY LICENSING INC. |
|---|---|
| Street Address: | 2F.,NO.11, SEC.2, BEITOU RD., BEITOU DIST. |
| City: | TAIPEI CITY |
| State/Country: | TAIWAN |
| Postal Code: | 112028 |

## PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Application Number: | 17205933 |
| Patent Number: | 10986585 |

## CORRESPONDENCE DATA

Fax Number: (612)234-4465

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: (612) 216-1700  
Email: pto@sumiplaw.com  
Correspondent Name: SKAAR ULBRICH MACARI, P. A.  
Address Line 1: 601 CARLSON PARKWAY, SUITE 1050  
Address Line 4: MINNEAPOLIS, MINNESOTA 55305

| ATTORNEY DOCKET NUMBER: | 5261.16US01, 5261.16US02 |
|---|---|
| NAME OF SUBMITTER: | SCOTT G. ULBRICH |
| SIGNATURE: | /Scott G. Ulbrich/ |
| DATE SIGNED: | 12/27/2023 |

Total Attachments: 2  
source=1070170-US_5261.16US#page1.tif  
source=1070170-US_5261.16US#page2.tif

ASUS

## PATENT ASSIGNMENT

LA-2313695B    LA-2313693B
DEC 06 2023    NOV 29 2023
Legal Affairs Center | Legal Affairs Center

WHEREAS, **ASUSTek Computer Inc.**, a business entity organized and existing under the laws of Taiwan, having its principal offices at No.15, Lite Rd., Peitou Dist., Taipei City 112, Taiwan (R.O.C.) ("Assignor"), is the sole owner by assignment of the entire right, title and interest in the following United States Patents and Patent Applications (the "Assigned Patents"):

| Application No. | U.S. Patent No. | Title | Issuance Date |
|---|---|---|---|
| 16/395,760 | 10,986,585 | METHOD AND APPARATUS FOR TRIGGERING POWER HEADROOM REPORT FOR MULTIPLE PATHLOSS REFERENCE IN A WIRELESS COMMUNICATION SYSTEM | April 20, 2021 |
| 17/205,933 | | METHOD AND APPARATUS FOR TRIGGERING POWER HEADROOM REPORT FOR MULTIPLE PATHLOSS REFERENCE IN A WIRELESS COMMUNICATION SYSTEM | |

WHEREAS, **ASUS Technology Licensing Inc.**, having its principal offices at 2F.,No.11, Sec.2, Beitou Rd., Beitou Dist., Taipei City 112028, Taiwan (R.O.C.) ("Assignee") is desirous of acquiring the entire right, title, and interest in the Assigned Patents, including all rights to pursue past damages for infringement thereof;

WHEREAS, Assignor and Assignee have entered into an agreement by which the Assigned Patents shall be assigned from Assignor to Assignee;

NOW THEREFORE, in consideration of the sum of at least one Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor by this assignment does hereby sell, assign, and transfer onto said Assignee the entire right, title, and interest in, and to the Assigned Patents, including all applications claiming priority to said Assigned Patents, including all continuations, divisions, and continuations-in-part, and all other rights therein, including the right to pursue damages for past infringements of the Assigned Patents; the same to be held and enjoyed by said Assignee for its own use, and for its legal representatives and assigns, to the full end of the term for which any patent hereto is granted, as fully and entirely as the same would have been held by Assignor had this assignment and sale not been made.

Upon said consideration Assignor does hereby covenant and agree with the said Assignee, its successors and assigns, that Assignor will not execute in writing or do any act whatsoever conflicting with these presents, and that Assignor or its employees, officers, executors or administrators will at any time upon request, without further or additional consideration, but at the expense of the said Assignee, its successors and assigns, execute such additional writings and do such additional acts as said Assignee, its successors and assigns, may deem necessary or desirable to perfect the Assignee's enjoyment of the subject patent rights, and render all necessary assistance in making applications for and obtaining

## PATENT ASSIGNMENT

original, divisional, reissued or extended Letters Patent of the United States, and in enforcing any rights occurring as a result of such applications or patents.

IN WITNESS HEREOF, the parties hereunto set their hands and affix their seals as dated below.

**Assignor: ASUSTek Computer Inc.**

Date: 2023. 12. 25         Signed: _____
                                    Shih, Tsung-Tang
                                    Chairman, ASUSTek Computer Inc.

**Assignee: ASUS Technology Licensing Inc.**

Date: 2023. 12. 25         Signed: _____
                                    Hsieh, Min-Chieh
                                    Chairman, ASUS Technology Licensing Inc.

RECORDED: 12/27/2023

PATENT
REEL: 065965 FRAME: 0876