**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ASUS Technology Licensing Inc. and Celerity IP. LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Research America, <br><br> *Defendants*. | Civil Action No. 2:23-cv-409 <br><br> **JURY TRIAL DEMANDED** |
| Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Research America, Inc. <br><br> *Counterclaim-Plaintiffs*, <br><br> v. <br><br> ASUS Technology Licensing Inc., Celerity IP. LLC, and ASUSTek Computer, Inc. <br><br> *Counterclaim-Defendants*. | |

**SAMSUNG'S DISCLOSURES OF ASSERTED CLAIMS AND INFRINGEMENT**
**CONTENTIONS PURSUANT TO LOCAL PATENT RULE 3-1 AND 3-2**

**I.    Introduction**

Pursuant to Rules 3-1 and 3-2 of the Local Patent Rules of the Eastern District of Texas,

Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics

America, Inc., and Samsung Research America, Inc. (collectively "Samsung") hereby serve their

Disclosures of Asserted Claims and Infringement Contentions ("Infringement Contentions") on

Plaintiffs and Counterclaim-Defendants ASUS Technology Licensing Inc., Celerity IP. LLC, and ASUSTek Computer, Inc. (collectively "ASUS").

## II.   <u>Reservations Of Rights</u>

Samsung's Infringement Contentions are based on information currently available to Samsung. Samsung reserves its right to modify, amend, or supplement these contentions, including in light of discovery, invalidity contentions, claim construction, and/or any additional information provided by Defendants. For example, discovery may reveal new information about the ASUS Accused Products that was previously unknown to Samsung, and Samsung reserves the right to amend or supplement the information provided herein. As another example, Samsung's contentions may change depending on the Court's construction of the Asserted Claims and/or positions that ASUS or its experts may take concerning claim construction, infringement, and/or invalidity.

Samsung's Infringement Contentions are not intended to and should not be interpreted to reflect Samsung's claim construction positions. Samsung reserves the right to adopt claim construction positions that differ from positions put forth in this document.

## III.   <u>Patent Rule 3-1(a) Disclosures</u>

Based on information currently available, Samsung asserts that ASUS directly, contributorily, and/or by inducement infringe the following claims (collectively the "Samsung Asserted Claims"):

- Claims 1-9 and 13-20 of U.S. Patent No. 9,913,313 (the "'313 Patent" or "Samsung Asserted Patent")

## IV.   <u>Patent Rule 3-1(b) Disclosures</u>

Samsung asserts that ASUS infringes each Samsung Asserted Claims by making, using, selling, and offering to sell, and importing into the United States products that support the Wi-Fi

Direct or the Wi-Fi P2P specification (the "ASUS Accused Products"). Examples of the ASUS Accused Products are listed in **Exhibit A**.

Samsung further accuses any other ASUS products that ASUS is currently developing, making, and using, including but not limited to any newer but unreleased versions of the ASUS Accused Products. Samsung reserves its right to supplement this disclosure to include any additional ASUS products it identifies through discovery and its continuing investigation. Samsung further reserves the right to supplement its disclosure to include any additional information it learns about the ASUS Accused Products through discovery and its continuing investigation.

Unless otherwise stated, Samsung's assertions of infringement apply to all variations, versions, models, and applications of each of the ASUS Accused Products, which, on information and belief, operate in the substantially the same manner for purposes of infringement of the Samsung Asserted Claims.

## V.    <u>Patent Rule 3-1(c) Disclosures</u>

Samsung's detailed claim charts are provided in **Exhibit B**.

## VI.    <u>Patent Rule 3-1(d) Disclosures</u>

Based on its current understanding of the claim language and publicly available information pertaining to the ASUS Accused Products, and without notice of any claim construction or non-infringement position from ASUS, Samsung asserts that ASUS literally infringe each element of the asserted claims. However, Samsung reserves the right to amend its infringement contentions to rely on the doctrine of equivalents, including in view of discovery, arguments made by ASUS regarding infringement, invalidity, or claim construction, and the Court's claim construction ruling. To the extent that any particular element is shown not to be met literally, Samsung contends infringement under the doctrine of equivalents as there would be no

substantial difference between the elements of the Samsung Asserted Claims and the corresponding functionality in the ASUS Accused Products and/or that the corresponding aspect of the ASUS Accused Products performs substantially the same functionality, in substantially the same way, to achieve substantially the same result(s) as the claimed elements.

## VII.   Patent Rule 3-1(e) Disclosures

Each of the Samsung Asserted Claim is entitled to a priority date no later than September 14, 2011, based on Korean Patent Application No. 10-2011-0092509.

## VIII.   Patent Rule 3-1(f) Disclosures

Samsung identifies its Galaxy S Series and Z Series mobile devices as products that practice the Samsung Asserted Claims. Samsung reserves the right to amend its disclosures should more information become available.

## IX.   Patent Rule 3-2(a) Disclosures

Samsung is currently unaware of any documents responsive to Patent Rule 3-1(a). Samsung reserves the right to amend its disclosures should more information become available.

## X.   Patent Rule 3-2(b) Disclosures

Samsung identifies documents responsive to Patent Rule 3-2(b) with the following Bates numbers: SEC-AS-00000001 - SEC-AS-00000494. Samsung reserves the right to amend its disclosures should more information become available.

## XI.   Patent Rule 3-2(c) Disclosures

Samsung identifies documents responsive to Patent Rule 3-2(c) with the following Bates numbers: SEC-AS-00000001 - SEC-AS-00000494.

Dated: March 11, 2023                         Respectfully Submitted

                                              By: */s/ Nicholas A. Brown*
                                              .
                                              Melissa Richards Smith

TX Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Richard A. Edlin
Thomas D. Pease
Vimal M. Kapadia
Kathryn E. Albanese
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: edlinr@gtlaw.com
Email: Thomas.pease@gtlaw.com
Email: vimal.kapadia@gtlaw.com
Email: katie.albanese@gtlaw.com

Nicholas A. Brown
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: nicholas.brown@gtlaw.com

Stephen M. Ullmer
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Telephone: (303) 572-6579
Facsimile: (303) 572-6500
Email: ullmers@gtlaw.com

***Attorneys for Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Research America, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 11, 2024, I caused a true and correct copy of Samsung's Infringement Contentions including the above pleading and the associated exhibits, to be served upon all counsel of record via electronic mail.

/s/  *Nicholas A. Brown*

**Exhibit A: Identification of ASUS Accused Products**

The ASUS Accused Products include every variation, version, model, and application of the following product series:

- Expertbook Series
- ProArt Studiobook Series
- Creator Series
- Zenbook Series
- Vivobook Series
- ROG Gaming Series
- TUF Gaming Series
- M Series
- F Series
- L Series
- BR Series
- ExpertCenter Series
- Mini PC Series
- PN Series
- PB Series
- Zen AiO Series
- ASUS AiO Series
- ROG Series
- ROG Strix Series
- ASUS Desktop Series
- ProArt Station Series
- NUC Series

**Exhibit B: Claim Chart Showing Infringement Of U.S. Patent No. 9,913,313 (the "'313 Patent")**

ASUS Technology Licensing Inc., Celerity IP. LLC, and ASUSTek Computer, Inc. (collectively "ASUS") infringe U.S. Patent No. 9,913,313 (the "'313 Patent" or "Samsung Asserted Patent") either literally or through the doctrine of equivalents, pursuant to 35 U.S.C. §§ 271(a), (b), and (c). ASUS manufactures, uses, sells, offers for sale, and/or imports the ASUS Accused Products within the United States without authority, in a manner that constitutes infringement of claims 1-9 and 13-20 of the '313 patent (the "Samsung Asserted Claims").

The ASUS Accused Products include, without limitation, all of ASUS's products that are made, used, sold, offered for sale, or imported into the United States that support the Wi-Fi Direct or Wi-Fi P2P specification, including each model of the ASUS personal computers such as the Zenbook S13 (UX5304), which is representative all other similar ASUS personal computers.

To the extent any claim limitation is not deemed to be met literally by the ASUS Accused Products, the claim limitation is met under the doctrine of equivalents, including without limitation because it is present by having substantially the same function, in substantially the same way, to achieve substantially the same result, and/or are insubstantially different from the claimed invention.

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
| --- | --- |
| [1-PRE] A method for connecting to a Wi-Fi network in an electronic device, the method comprising: | The ASUS Zenbook is configured to perform a method for connecting to a Wi-Fi network in an electronic device.<br><br>*See* [1a]-[1d]. |
| [1a] entering a device discovery process of Wi-Fi Peer-to-Peer (P2P), if a Wi-Fi P2P connection is requested while connecting a legacy Wi-Fi; | The ASUS Zenbook enters a device discovery process of Wi-Fi Peer-to-Peer (P2P), if a Wi-Fi P2P connection is requested while connecting a legacy Wi-Fi.<br><br>For example, the ASUS Zenbook may be connected to a legacy Wi-Fi device, such as an access point/router. The network traffic logs below show the Zenbook and an eero router are connected and communicate with each other using legacy Wi-Fi messages over channel 36, as shown for example by the lack of P2P tags in message frame nos. 81, 82, 138, 141. |

1

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| |  |

2

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| |  The ASUS Zenbook enters a device discovery process of Wi-Fi Peer-to-Peer (P2P), if a Wi-Fi P2P connection is requested while connecting the legacy Wi-Fi, for example when a user uses the "Add Printer" command of the Zenbook while the Zenbook is connected to the eero router. The device discovery process of Wi-Fi P2P is described in further detail in [1b] through [1d]. |

3

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| [1b] acquiring a Group Owner (GO) right of Wi-Fi P2P in the device discovery process; | The ASUS Zenbook acquires a Group Owner (GO) right of Wi-Fi P2P in the device discovery process.<br><br>For example, the network traffic logs below show the ASUS Zenbook transmitting Beacon frames with the P2P Group Owner flag set to 0x1, after the user uses the "Add printer" command.<br><br> |
| [1c] performing a listen state over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right, and performing a search | The ASUS Zenbook performs a listen state over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right, and performs a search state over a social channel of Wi-Fi P2P.<br><br>For example, the ASUS Zenbook performs a listen state over the same channel as a channel where the legacy Wi-Fi is in use, such as channel 36. The network traffic logs below the ASUS |

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| state over a social channel of Wi-Fi P2P; and | Zenbook performs a listen state in which the ASUS Zenbook responds to a Probe Request (e.g., message frames 3307, 3309, 3311) with a Probe Response (e.g., message frames 3309, 3310, 3313). The ASUS Zenbook's listen state is through the acquisition of the GO right, as demonstrate by the ASUS Zenbook's Probe Response that has the P2P Group Owner flag set to 0x1.  The ASUS Zenbook performs a search state over a social channel of Wi-Fi P2P. As demonstrate below, the ASUS Zenbook sends Probe Requests over a social channel such as channel 11 (e.g., message frame No. 2466, 2500, 2542). |

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| |  |
| [1d] repeating the listen state and the search state until the device discovery process is ended. | The ASUS Zenbook repeats the listen state and the search state until the device discovery process is ended. As explained in [1c] above, the ASUS Zenbook repeats the listen state and the search state. This continues until the device discovery process is ended, such as when the ASUS Zenbook is turned off or otherwise stops Wi-Fi P2P discovery, for example when the Add Printer command terminates. |
| 2. The method of claim 1, wherein the acquiring comprises enabling an autonomous GO mode in the same channel as the channel where the legacy Wi-Fi is in use. | The ASUS Zenbook is configured such that the acquiring comprises enabling an autonomous GO mode in the same channel as the channel where the legacy Wi-Fi is in use. *See* [1a]-[1b]. |
| 3. The method of claim 2, further comprising disabling the autonomous GO mode if the device discovery process is ended. | The ASUS Zenbook disables the autonomous GO mode if the device discovery process is ended, such as when the ASUS Zenbook is turned off or otherwise stops Wi-Fi P2P discovery, for example when the Add Printer command terminates. *See* [1d]. |
| 4. The method of claim 1, wherein the social channel includes a channel #1, a channel #6 and a channel #11. | The ASUS Zenbook is configured such that the social channel in which it performs a search includes a channel #1, a channel #6 and a channel #11. *See* [1d]. |
| 5. The method of claim 1, wherein the entering of the device discovery process of Wi- | The ASUS Zenbook is configured such that the entering of the device discovery process of Wi-Fi P2P occurs based on at least one of a menu selection and execution of a predetermined application. |

6

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| Fi P2P occurs based on at least one of a menu selection and execution of a predetermined application. | *See* [1a]. |
| 6. The method of claim 1, wherein the entering of the device discovery process comprises performing a channel scanning process. | The ASUS Zenbook is configured such that the entering of the device discovery process comprises performing a channel scanning process.<br><br>The ASUS Zenbook supports Wi-Fi P2P standard (*see* [1b]), and thus its device discovery process comprises a channel scanning process.<br><br>**3.1.2   Device Discovery procedures**<br><br>**3.1.2.1   Basic mechanisms of Device Discovery**<br><br>The objective of P2P Device Discovery is to find P2P Devices and quickly determine the P2P Device to which a connection will be attempted. In-band P2P Device Discovery consists of two major phases: Scan and Find, which are described in detail in the following sections. Alternatively, if two P2P Devices support NFC, the user may specify the target device by touching the P2P Device's NFC Interface to the corresponding device's NFC Interface. Such NFC Out-of-Band Device Discovery is defined in Section 3.1.2.7.<br><br>**3.1.2.1.2 Scan Phase**<br><br>The Scan Phase uses the scanning process defined in IEEE 802.11-2020 [1]. It may be used by a P2P Device to find P2P Devices or P2P Groups and to locate the best potential Operating Channel to establish a P2P Group. In the Scan Phase, devices collect information about surrounding devices or networks by scanning all supported channels.<br><br>Wi-Fi Direct Specification Version 1.9. |
| 7. The method of claim 1, further comprising connecting to the Wi- | The ASUS Zenbook is configured to perform a method of connecting to the Wi-Fi P2P based on a result of the listen state and the search state. |

7

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| Fi P2P based on a result of the listen state and the search state. | For example, based on a result of the listen state and the search state described above in [1c], the ASUS Zenbook is configured to connect to the printer. |
| [8-PRE] A method for connecting to a Wi-Fi network in an electronic device, the method comprising: | The ASUS Zenbook is configured to perform a method for connecting to a Wi-Fi network in an electronic device (e.g., the ASUS Zenbook).<br><br>*See* [8a]-[8b]. |
| [8a] acquiring a Group Owner (GO) right of Wi-Fi Peer-to-Peer (P2P), if an entry into a listen mode of Wi-Fi P2P is requested during execution of a legacy Wi-Fi; and | The ASUS Zenbook acquires a Group Owner (GO) right of Wi-Fi Peer-to-Peer (P2P), if an entry into a listen mode of Wi-Fi P2P is requested during execution of a legacy Wi-Fi.<br><br>The ASUS Zenbook may be configured for execution of a legacy Wi-Fi, such as being connected to a legacy Wi-Fi device such as an eero router. *See* [1a].<br><br>The ASUS Zenbook acquires a Group Owner (GO) right of Wi-Fi Peer-to-Peer (P2P), if an entry into a listen mode of Wi-Fi P2P is requested during execution of a legacy Wi-Fi (such as when a user uses the "Add Printer" command of the Zenbook while the Zenbook is connected to the eero router as described in [1a]). This is demonstrated by the ASUS Zenbook transmitting Beacon frames with the P2P Group Owner flag set to 0x1, as described in [1b], and the ASUS Zenbook performing a listen mode in which it responds to a Probe Request (e.g., message frames 3307, 3309, 3311) with a Probe Response (e.g., message frames 3309, 3310, 3313), as described in [1c]. |
| [8b] entering the listen mode over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right. | The ASUS Zenbook enters the listen mode over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right.<br><br>*See* [8a] and [1c]. |
| 9. The method of claim 8, wherein the GO right of Wi-Fi P2P is acquired as an autonomous GO mode is enabled in the same channel as the | The ASUS Zenbook is configured such that the GO right of Wi-Fi P2P is acquired as an autonomous GO mode is enabled in the same channel as the channel where the legacy Wi-Fi is in use.<br><br>*See* claim 2. |

8

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| channel where the legacy Wi-Fi is in use. | |
| [13-PRE] An apparatus for connecting to a Wi-Fi network in an electronic device, the apparatus comprising: | The ASUS Zenbook comprises an apparatus for connecting to a Wi-Fi network in an electronic device (e.g., the ASUS Zenbook).<br><br>*See* [13a] to [13b-6]. |
| [13a] a communication module; and | The ASUS Zenbook comprises a communication module, such as an Intel Wi-Fi 6E AX211 communications unit: |

9

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| |  |
| [13b-1] a controller operatively coupled with the communication module, the controller configured to: | The ASUS Zenbook comprises a controller operatively coupled with the communication module.<br><br>In particular, the ASUS Zenbook includes a controller which includes hardware and software operatively coupled with the communication module and configured to perform the functions recited below.<br><br>*See* [13b-2]-[13b-6]. |

10

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| | |
| [13b-2] enter a device discovery process of Wi-Fi Peer-to-Peer (P2P), if a Wi-Fi P2P connection is requested while connecting a legacy Wi-Fi, | The ASUS Zenbook's controller enters a device discovery process of Wi-Fi Peer-to-Peer (P2P), if a Wi-Fi P2P connection is requested while connecting a legacy Wi-Fi.<br><br>*See* [1a]. |
| [13b-3] acquire a Group Owner (GO) right of Wi-Fi P2P in the device discovery process, | The ASUS Zenbook's controller acquires a Group Owner (GO) right of Wi-Fi P2P in the device discovery process.<br><br>*See* [1b]. |
| [13b-4] perform a listen state over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right, and perform a search state over a social channel of Wi-Fi P2P, and | The ASUS Zenbook's controller performs a listen state over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right, and perform a search state over a social channel of Wi-Fi P2P.<br><br>*See* [1c]. |
| [13b-5] repeat the listen state and the search state until the device discovery process is ended. | The ASUS Zenbook's controller repeats the listen state and the search state until the device discovery process is ended.<br><br>*See* [1d]. |
| 14. The apparatus of claim 13, wherein the controller is further configured to enable an autonomous GO mode in the same channel as the channel where the legacy Wi-Fi is in use. | The ASUS Zenbook's controller is further configured to enable an autonomous GO mode in the same channel as the channel where the legacy Wi-Fi is in use.<br><br>*See* claim 2. |
| 15. The apparatus of claim 14, wherein the controller is further configured to disable the | The ASUS Zenbook's controller is further configured to disable the autonomous GO mode if the device discovery process is ended. |

11

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| autonomous GO mode if the device discovery process is ended. | *See* claim 3. |
| 16. The apparatus of claim 13, wherein the controller is further configured to connect to the Wi-Fi P2P based on a result of the listen state and the search state. | The ASUS Zenbook's controller is further configured to connect to the Wi-Fi P2P based on a result of the listen state and the search state.<br><br>*See* claim 7. |
| [17-PRE] An apparatus for connecting to a Wi-Fi network in an electronic device, the apparatus comprising: | The ASUS Zenbook comprises an apparatus for connecting to a Wi-Fi network in an electronic device (e.g., the ASUS Zenbook).<br><br>*See* [17a] to [17b-3]. |
| [17a] a communication module; and | The ASUS Zenbook comprises a communication module, such as an Intel Wi-Fi 6E AX211 communications unit: |

12

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| |  |
| [17b-1] a controller operatively coupled with the communication module, the controller configured to: | The ASUS Zenbook comprises a controller operatively coupled with the communication module. For example, the ASUS Zenbook includes a controller which includes hardware and software operatively coupled with the communication module and configured to perform the functions recited below. *See* [17b-2]-[17b-3]. |

13

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| [17b-2] acquire a Group Owner (GO) right of Wi-Fi Peer-to-Peer (P2P), if an entry into a listen mode of Wi-Fi P2P is requested during execution of a legacy Wi-Fi, and | The ASUS Zenbook's controller acquires a Group Owner (GO) right of Wi-Fi Peer-to-Peer (P2P), if an entry into a listen mode of Wi-Fi P2P is requested during execution of a legacy Wi-Fi.<br><br>*See* [8a]. |
| [17b-3] enter the listen mode over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right. | The ASUS Zenbook's controller enters the listen mode over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right.<br><br>*See* [8b]. |
| 18. The apparatus of claim 17, wherein the GO right of Wi-Fi P2P is acquired as an autonomous GO mode is enabled in the same channel as the channel where the legacy Wi-Fi is in use. | The ASUS Zenbook in configured such that the GO right of Wi-Fi P2P is acquired as an autonomous GO mode is enabled in the same channel as the channel where the legacy Wi-Fi is in use.<br><br>*See* claims 2 and 9. |
| [19-PRE] At least one non-transitory computer readable storage medium for storing a computer program of instructions configured to be readable by at least one processor for instructing the at least one processor to execute a computer process for performing a method for connecting to a Wi-Fi network in an electronic device, the method comprising: | The ASUS Zenbook comprises at least one non-transitory computer readable storage medium (such as random access memory) for storing a computer program of instructions configured to be readable by at least one processor (such as its CPU and/or Wi-Fi chip processor) for instructing the at least one processor to execute a computer process for performing a method for connecting to a Wi-Fi network in an electronic device (such as the ASUS Zenbook).<br><br>*See* [19a]-[19d]. |

14

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| [19a] entering a device discovery process of Wi-Fi Peer-to-Peer (P2P), if a Wi-Fi P2P connection is requested while connecting a legacy Wi-Fi; | The ASUS Zenbook comprises computer program for entering a device discovery process of Wi-Fi Peer-to-Peer (P2P), if a Wi-Fi P2P connection is requested while connecting a legacy Wi-Fi.<br><br>*See* [1a]. |
| [19b] acquiring a Group Owner (GO) right of Wi-Fi P2P in the device discovery process; | The ASUS Zenbook comprises computer program for acquiring a Group Owner (GO) right of Wi-Fi P2P in the device discovery process.<br><br>*See* [1b]. |
| [19c] performing a listen state over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right, and performing a search state over a social channel of Wi-Fi P2P; and | The ASUS Zenbook comprises computer program for performing a listen state over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right, and performing a search state over a social channel of Wi-Fi P2P.<br><br>*See* [1c]. |
| [19d] repeating the listen state and the search state until the device discovery process is ended. | The ASUS Zenbook comprises computer program for repeating the listen state and the search state until the device discovery process is ended.<br><br>*See* [1d]. |
| [20-PRE] At least one non-transitory computer readable storage medium for storing a computer program of instructions configured to be readable by at least one processor for instructing the at least one processor to execute a computer process for performing a method for connecting to a Wi-Fi network in | The ASUS Zenbook comprises at least one non-transitory computer readable storage medium (such as random access memory) for storing a computer program of instructions configured to be readable by at least one processor (such as its CPU and/or Wi-Fi chip processor) for instructing the at least one processor to execute a computer process for performing a method for connecting to a Wi-Fi network in an electronic device(such as the ASUS Zenbook).<br><br>*See* [20a]-[20b]. |

15

| U.S. 9,913,313 | ASUS's Accused Products Represented By the ASUS Zenbook S13 |
|---|---|
| an electronic device, the method comprising: | |
| [20a] acquiring a Group Owner (GO) right of Wi-Fi Peer-to-Peer (P2P), if an entry into a listen mode of Wi-Fi P2P is requested during execution of a legacy Wi-Fi; and | The ASUS Zenbook comprises computer program for acquiring a Group Owner (GO) right of Wi-Fi Peer-to-Peer (P2P), if an entry into a listen mode of Wi-Fi P2P is requested during execution of a legacy Wi-Fi.<br><br>*See* [8a]. |
| [20b] entering the listen mode over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right. | The ASUS Zenbook comprises computer program for entering the listen mode over the same channel as a channel where the legacy Wi-Fi is in use, through the acquisition of the GO right.<br><br>*See* [8b]. |

16