IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND<br>SAMSUNG RESEARCH AMERICA,<br><br>Defendants. | Civil Action No. 2:23-cv-409<br><br>**JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND<br>SAMSUNG RESEARCH AMERICA,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ASUS TECHNOLOGY LICENSING INC., CELERITY IP, LLC, AND ASUSTEK COMPUTER, INC.,<br><br>Counterclaim-Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST TO THIRD PARTY UNISOC (SHANGHAI) TECHNOLOGIES CO., LTD.**

Plaintiffs ASUS Technology Licensing ("ATL") and Celerity IP, LLC ("Celerity," and together with ATL, "Plaintiffs") respectfully petition the Court for the issuance of a letter rogatory to procure documents and information from third party UNISOC (Shanghai) Technologies Co., Ltd. ("UNISOC"), a Chinese corporation. Counsel for Samsung has confirmed that Samsung does not oppose the relief sought by this Motion.

1

On information and belief, UNISOC is a supplier of semiconductor chips relevant to the 4G/5G technology implemented by the Accused Products in this case and possesses information about the structure, function, and operation of those chips. Accordingly, Plaintiffs seek discovery from UNISOC related to the Accused Products.

Because China is a signatory to the Hague Convention on the Taking of Evidence Abroad in Civil and Criminal Matters, Plaintiffs respectfully request the Court's assistance in procuring the requested documents and information from MediaTek through a Letter of Request. *See* FED. R. CIV. P. 4(f)(2)(B).

Plaintiffs have attached their Letter of Request, addressed to the appropriate judicial authority in China, as **Exhibit A** and respectfully request that the Court return **Exhibit A** with original signatures and seals to Plaintiffs' counsel for forwarding to the United States Department of State. *See* 28 U.S.C. § 1781(a)(2). Plaintiffs are ready and willing to reimburse the Court and/or the State Department for any expenses incurred in connection with the execution of this Letter of Request.

Dated: July 16, 2024

Respectfully submitted,

*/s/ Jamie H. McDole*
Jason Sheasby
California State Bar No. 205455
(*pro hac vice*)
jsheasby@irell.com
Rebecca Carson
California State Bar No. 254105
(*pro hac vice*)
rcarson@irell.com
Christopher Abernethy
California State Bar No. 275986
(*pro hac vice*)
cabernethy@irell.com
Tony Rowles
California State Bar No. 301209
(*pro hac vice*)
trowles@irell.com
Benjamin Manzin-Monnin
California State Bar No. 325381
(*pro hac vice*)
bmonnin@irell.com
Jordan Nafekh
California State Bar No. 328151
(pro hac vice)
jnafekh@irell.com
Russell Hoover
California State Bar No. 334913
(*pro hac vice*)
rhoover@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900 Los Angeles, CA 90067-4276
Tel.: (310) 277-1010

Jamie H. McDole
  State Bar No. 24082049
Phillip B. Philbin
  State Bar No. 15909020
Michael D. Karson
  State Bar No. 24090198
Miranda Y. Jones
  State Bar No. 24065519
Grant Tucker
  State Bar No. 24121422
Matthew L. Vitale
  State Bar No. 24137699
**WINSTEAD PC**
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Tel.: 214.745.5400
Fax: 214.745.5390
Email: jmcdole@winstead.com
       pphilbin@winstead.com
       mkarson@winstead.com
       mjones@winstead.com
       gtucker@winstead.com
       mvitale@winstead.com

Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535

*Attorneys for ASUS Technology Licensing Inc. and Celerity IP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 16, 2024, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Jamie H. McDole*
Jamie H. McDole

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Thomas D. Pease regarding the relief sought in this Motion. The relief requested in this Motion is unopposed.

*/s/ Jamie H. McDole*
Jamie H. McDole