# EXHIBIT A

# LETTER OF REQUEST
# COMMISSION ROGATOIRE

**Hague Convention of 18 March 1970 on the
Taking of Evidence Abroad in Civil or Commercial Matters**
*Convention de La Haye du 18 mars 1970 sur
l'obtention des preuves à l'étranger en matière civile ou commerciale*

| | | |
|---|---|---|
| 1. | **Sender** *Expéditeur* | United States District Court for the Eastern District of Texas, Marshall Division |
| 2. | **Central Authority of the Requested State** *Autorité centrale de l'État requis* | Ministry of Justice of China - International Legal Cooperation Center (ILCC) 33, Pinganli Xidajie Xicheng District, Beijing 100035, China |
| 3. | **Person to whom the executed request is to be returned** *Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées* | United States District Court for the Eastern District of Texas, Marshall Division |
| 4. | **Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request** *Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire* | |
| | **Date** *Date limite* | 21 September 2024, or as soon after as is reasonably possible. |
| | **Reason for urgency*** *Raison de l'urgence* | The requested information is important to the claim construction process in the below identified patent infringement lawsuit. The first relevant deadline in that process is 21 November 2024. Thus, Plaintiffs request receipt of the information in Appendices A-B sixty days in advance of that deadline. |

**In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:**
*En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande suivante :*

| | | | |
|---|---|---|---|
| 5. | a | **Requesting authority (Art. 3(a))** *Autorité requérante (art. 3(a))* | United States District Court for the Eastern District of Texas, Marshall Division |
| | b | **To the Competent Authority of (Art. 3(a))** *À l'Autorité compétente de (art. 3(a))* | People's Republic of China |
| | c | **Names of the case and any identifying number** *Nom de l'affaire et numéro d'identification de l'affaire* | ASUS Technology Licensing, Inc. and Celerity IP, LLC v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Civil Action No. 2:23-cv-00409 JRG RSP |
| 6. | | **Names and addresses of the parties and their representatives (including representatives in the Requested State*) (Art. 3(b))** *Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis) (art. 3(b))* | |
| | a | **Plaintiff** *Demandeur* | ASUS Technology Licensing, Inc. Celerity IP, LLC |
| | | **Representatives** *Représentants* | Jamie H. McDole - WINSTEAD PC, 2728 N. Harwood Street Suite 500, Dallas, Texas 75201 Tel.: (214) 745-5400; Email: jmcdole@winstead.com |
| | b | **Defendant** *Défendeur* | Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America |

|   |   |   |
|---|---|---|
|   | **Representatives**<br>*Représentants* | Nicholas A. Brown - Greenberg Traurig LLP, 101 Second St. Suite 2200, San Francisco, CA 94105<br>Tel.: (415) 655-1300; Email: nicholas.brown@gtlaw.com |
| c | **Other parties**<br>*Autres parties* | ASUSTeK Computer, Inc. |
|   | **Representatives**<br>*Représentants* | Eric A. Buresh, Erise IP, P.A., 7015 College Boulevard, Suite 700, Overland Park, KS 66211<br>Tel: (913) 777-5600, Email: eric.buresh@eriseip.com |

|   |   |   |
|---|---|---|
| 7. a | **Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c))**<br>*Nature et objet de l'instance (divorce, filiation, rupture de contrat, responsabilité du fait des produits, etc.) (art. 3(c))* | Patent infringement |
| b | **Summary of complaint**<br>*Exposé sommaire de la demande* | Samsung has infringed and continues to infringe, contribute to the infringement of, and/or actively induce others to infringe, U.S. Patent No. 10,187,878 ("the '878 Patent"), 11,291,052 ("the '052 Patent"), 10,104,658 ("the '658 Patent"), 10,785,759 ("the '759 Patent"), and 10,986,585 ("the '585 Patent"). |
| c | **Summary of defence and counterclaim***<br>*Exposé sommaire de la défense ou demande reconventionnelle* | N/A |
| d | **Other necessary information or documents***<br>*Autres renseignements ou documents Utiles* | N/A |

|   |   |   |
|---|---|---|
| 8. a | **Evidence to be obtained or other judicial act to be performed (Art. 3(d))**<br>*Actes d'instruction ou autres actes judiciaires à accomplir (art. 3(d))* | See Exhibit A-1 – Exhibit A-3. |
| b | **Purpose of the evidence or judicial act sought**<br>*But des actes à accomplir* | As part of the discovery process of the litigation identified in Section 5(c), Defendants identified UNISOC as a supplier of integrated circuits used in the infringing products. Thus, Plaintiffs seek the information identified in Appendix A hereto to further prosecute their case against Defendants. |

|   |   |   |
|---|---|---|
| 9. | **Identity and address of any person to be examined (Art. 3(e))***<br>*Identité et adresse des personnes à entendre (art. 3(e))* | N/A |

|   |   |   |
|---|---|---|
| 10. | **Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))***<br>*Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))* | N/A |

|   |   |   |
|---|---|---|
| 11. | **Documents or other property to be inspected (Art. 3(g))***<br>*Documents ou objets à examiner (art. 3(g))* | See Exhibit A-1 – Exhibit A-3. |

| | | |
|---|---|---|
| 12. | **Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))*** <br> *Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser (art. 3(h))* | N/A |
| 13. | **Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) (Arts 3(i) and 9)*** <br> *Formes spéciales demandées (déposition orale ou écrite, procès-verbal sommaire ou intégral, "cross-examination", etc.) (art. 3(i) et 9)* | N/A |
| 14. | **Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)*** <br> *Demande de notification de la date et du lieu de l'exécution de la requête, de l'identité et de l'adresse de la ou des personnes à informer (art. 7)* | N/A |
| 15. | **Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Art. 8)*** <br> *Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de la commission rogatoire (art. 8)* | N/A |
| 16. | **Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))*** <br> *Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant (art. 11(b))* | N/A |
| 17. | **The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:*** <br> *Les taxes et frais donnant lieu à remboursement en vertu de l'article 14, alinéa 2 et de l'article 26 seront réglés par :* | N/A |
| | **Date of request** <br> *Date de la requête* | |
| | **Signature and seal of the requesting authority** <br> *Signature et sceau de l'autorité requérante* | |

*Omit if not applicable / Ne remplir qu'en cas de nécessité

Permanent Bureau July 2017