# EXHIBIT A-1

# EXHIBIT A-1 – DOCUMENTS REQUESTED

ASUS Technology Licensing Inc. and Celerity IP, LLC request that You produce the items requested below in accordance with the terms of the Letter of Request and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

## DEFINITIONS

Unless otherwise indicated, the following definitions are applicable to these requests for production:

1. "Celerity" means Plaintiff Celerity IP, LLC, and all of its predecessors, officers, attorneys, agents, representatives, employees, consultants, and any person acting on its behalf.

2. "ATL" means Plaintiff ASUS Technology Licensing Inc. and all of its predecessors, officers, attorneys, agents, representatives, employees, consultants, and any person acting on its behalf.

3. "Plaintiffs" means ATL, Celerity, or both, as appropriate.

4. "The '658 Patent" means U.S. Patent No. 10,104,658.

5. "The '878 Patent" means U.S. Patent No. 10,187,878.

6. "The '759 Patent" means U.S. Patent No. 10,785,759.

7. "The '585 Patent" means U.S. Patent No. 10,986,585.

8. "The '052 Patent" means U.S. Patent No. 11,291,052.

9. "Asserted Patents" means one or more of the '658 Patent, the '878 Patent, '759 Patent, the '585 Patent, and the '052 Patent.

10. "UNISOC," "You," and/or "Your" refer to UNISOC (Shanghai) Technologies Co., Ltd., and all of its predecessors, officers, attorneys, agents, representatives, parents, employees, consultants, and any person acting on its behalf.

11. "SEC" means Defendant Samsung Electronics Co., Ltd., and all of its predecessors, officers, attorneys, agents, representatives, employees, consultants, and any person acting on its behalf.

12. "SEA" means Defendant Samsung Electronics America, Inc., and all of its predecessors, officers, attorneys, agents, representatives, employees, consultants, and any person acting on its behalf.

13. "SRA" means Defendant Samsung Research America, and all of its predecessors, officers, attorneys, agents, representatives, employees, consultants, and any person acting on its behalf.

14. "Samsung" or "Defendants" means one or more of SEC, SEA, or SRA, as appropriate.

15. "Accused Products" means the Products accused of infringement in this action, including at least Defendants' cellular devices that are 4G/LTE and/or 5G compliant, or substantially similar technology, made, used, sold, or offered for sale in the United States, or imported into the United States. In particular, the Accused Products include at least the devices identified in Appendix B to this Subpoena, and any devices substantially similar thereto. At least for purposes of these discovery requests, each of those identified products are also "Accused Products." "Accused Product" refers to any one or more of the Accused Products.

16. "4G/LTE" means the fourth-generation/long-term evolution standard telecommunications technology as defined by the 3rd Generation Partnership Project ("3GPP"), including any substantially similar or equivalent capability.

17. "5G" means the fifth-generation mobile network telecommunications technology compliant with the 5G New Radio software standard as defined by the 3GPP, including any substantially similar or equivalent capability.

18. "Source Code" means human readable code, including for compiling and/or execution by one or more computers or processors, regardless of computer programming language, including but not limited to any embedded software source code, Verilog, or VHDL code or equivalent for computer vision algorithms, as well as algorithm flow source code, source of libraries and kernels, makefiles, computer vision graphs, resource files used during algorithms execution, resource files (e.g., template images, artificial intelligence, machine learning, or other automated models, coefficients files, etc.) and code used to generate resource files. For any source code that is automatically generated, e.g., by MATLAB, "Source Code" includes both generated source code and files used to generate it.

19. "Litigation" refers to the litigation filed by Plaintiffs in the United States District Court for the Eastern District of Texas styled *ASUS Technology Licensing Inc. and Celerity IP, LLC v. Samsung Electronics Co., Ltd., et al.*, No. 2:23-cv-00409-JRG-RSP.

20. "Person" means and includes the plural and the singular and includes natural persons, corporations, firms, associations, partnerships, joint ventures, any other form of legal business entity, or any governmental agency, department, units, or any subdivision thereof.

21. "Document" has the broadest meaning permissible under the Federal Rules of Civil Procedure and means, without limitation, the original and each non-identical copy of any written, printed, typed, recorded, computerized, electronic, taped, graphic, or otherwise documented material, in whatever form, whether final or draft, including but not limited to all materials that constitute "writings," "recordings," or "photographs" within the broadest meaning of Rule 1001

of the Federal Rules of Evidence and all materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. The term "document" also includes, without limitation, all printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, any other computer media, and any other information stored in any magnetic or electronic format.

22. "Concerning" means reflecting, concerning, containing, pertaining to, referring to, relating to, indicating, showing, describing, evidencing, discussing, mentioning, embodying, or computing.

23. Whenever the singular is used herein it also includes the plural, and vice versa. Whenever the conjunctive is used herein it also includes the disjunctive, and vice versa.

24. The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

25. The use of a verb in any context shall be construed as the verb in all tenses. The plural shall include the singular and the singular shall include the plural.

26. Each paragraph below shall operate and be responded to independently, and, unless otherwise indicated, no paragraph limits the scope of any other paragraph.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

All Source Code, software, firmware, IP blocks, and/or IP cores You have sold or otherwise provided to Samsung for use with any 4G/LTE and/or 5G capability (including any substantially similar or equivalent capability) of any of the Accused Products.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to describe, summarize, or otherwise explain any of the Source Code, software, firmware, IP blocks, and/or IP cores described in Request for Production No. 1.

**REQUEST FOR PRODUCTION NO. 3:**

Documents and things necessary to understand, interpret, or review any and/or all of the Source Code, software, firmware, IP blocks, and/or IP cores described in Request for Production No. 1, including original comments, read-me files, build settings, software specifications, algorithms, flow charts, written descriptions of the Source Code, software, firmware, IP blocks, and/or IP cores, or portions thereof, version control documents or repository(ies), architectural documents, descriptions of network protocols, operation manuals, schematics, and specifications.

**REQUEST FOR PRODUCTION NO. 4:**

Documents that describe, relate to, or refer to 4G/LTE and/or 5G technology, that is or has been leased, licensed, sold, or provided by You to Samsung, including but not limited to the algorithm or algorithms by which such technology operates, how the algorithm(s) are implemented or instantiated, the Source Code for such technology, and the documents that explain how the technology works, and how the technology is embodied or instantiated in regards to Samsung.

**REQUEST FOR PRODUCTION NO. 5:**

Documents that describe or reflect the business relationship between You and Samsung, including any agreements, contracts, licenses, sales agreements, or other documents memorializing the business relationship and any addendums, modifications, or updates thereto.

**REQUEST FOR PRODUCTION NO. 6:**

Documents that describe or reflect Your involvement in providing or implementing 4G/LTE and/or 5G technology in the Accused Products.

**REQUEST FOR PRODUCTION NO. 7:**

Documents that describe or reflect customer evaluations, consumer surveys, marketing surveys or marketing analysis, consumer feedback, descriptions of features and benefits, and/or

descriptions of the value of Your 4G/LTE and/or 5G technologies, including as compared to other technologies like predecessors to 4G/LTE and/or 5G.

**REQUEST FOR PRODUCTION NO. 8:**

Documents that describe or reflect customer evaluations, consumer surveys, marketing surveys or marketing analysis, consumer feedback, descriptions of features and benefits, and/or descriptions of the value of Your products, Source Code, software, firmware, algorithms, know-how, technology, IP blocks, and/or IP cores relating to 4G/LTE and/or 5G technology that are or have been leased, licensed, sold, or provided by You to Samsung.

**REQUEST FOR PRODUCTION NO. 9:**

Documents reflecting or describing sales, usage, or licensing data, reports or information for Your products, Source Code, software, firmware, algorithms, know-how, technology, IP blocks, and/or IP cores relating to 4G/LTE and/or 5G technology that are or have been leased, licensed, sold, or provided by You to Samsung.

**REQUEST FOR PRODUCTION NO. 10:**

Documents reflecting support services or technical assistance provided by You to Samsung that relate to 4G/LTE and/or 5G technology.

**REQUEST FOR PRODUCTION NO. 11:**

All presentations made to Samsung related to 4G/LTE and/or 5G technology.

**REQUEST FOR PRODUCTION NO. 12:**

Representative marketing literature for Your 4G/LTE- and/or 5G-related technology.

**REQUEST FOR PRODUCTION NO. 13:**

Documents that describe or reflect any technical or functionality requests provided by Samsung to You relating to the 4G/LTE and/or 5G capability of any of the Accused Products, including any technical specifications provided by Samsung to You, any requests provided by

Samsung to You for particular functionality, and any other technical documents provided by Samsung to You relating to the 4G/LTE and/or 5G capability of any such Accused Products.

**REQUEST FOR PRODUCTION NO. 14:**

Documents that describe or reflect Samsung's involvement in the development of the 4G/LTE and/or 5G capability of any of the Accused Products with You, including documents reflecting any joint work between Samsung's and Your engineers or employees on the 4G/LTE and/or 5G capability of any such Accused Products, documents reflecting any involvement by Samsung in the development of any 4G/LTE and/or 5G features in Samsung products, and any documents reflecting Samsung's modification of Your products, Source Code, software, firmware, algorithms, technology, IP blocks, and/or IP cores that are or have been leased, licensed, sold, or provided by You to Samsung.

**REQUEST FOR PRODUCTION NO. 15:**

All agreements in which You licensed, or have taken a license to, patents referring, relating to, or concerning 4G/LTE and/or 5G technology.