# EXHIBIT A-2

**EXHIBIT A-2 – ACCUSED PRODUCTS**

| |
|---|
| ***Galaxy Z Flip series, including:*** |
| Galaxy Z Flip5 |
| Galaxy Z Flip4 |
| Galaxy Z Flip3 |
| Galaxy Z Flip |
| ***Galaxy Z Fold series, including:*** |
| Galaxy Z Fold5 |
| Galaxy Z Fold4 |
| Galaxy Z Fold3 |
| Galaxy Z Fold2 |
| Galaxy Z Fold |
| ***Galaxy A series, including:*** |
| Galaxy A80 |
| Galaxy A73 |
| Galaxy A72 |
| Galaxy A71 |
| Galaxy A70s |
| Galaxy A70 |
| Galaxy A60 |
| Galaxy A53 |
| Galaxy A52 |
| Galaxy A51 |
| Galaxy A50 |
| Galaxy A50s |
| Galaxy A42 |
| Galaxy A41 |
| Galaxy A40 |
| Galaxy A33 |
| Galaxy A32 |
| Galaxy A31 |
| Galaxy A30 |
| Galaxy A30s |
| Galaxy A23 |
| Galaxy A22 |
| Galaxy A21 |
| Galaxy A20s |
| Galaxy A20e |
| Galaxy A14 |
| Galaxy A13 |
| Galaxy A12 |
| Galaxy A11 |
| Galaxy A10e |

| |
|---|
| Galaxy A10s |
| Galaxy A10 |
| Galaxy A9 |
| Galaxy A8Star |
| Galaxy A8s |
| GalaxyA8+ |
| Galaxy A8 |
| Galaxy A7 |
| Galaxy A6 |
| GalaxyA6+ |
| GalaxyA6s |
| Galaxy A5 |
| Galaxy A3 |
| Galaxy A2core |
| Galaxy A04s |
| Galaxy A04 |
| Galaxy A03s |
| Galaxy A03 |
| Galaxy A02s |
| Galaxy A02 |
| Galaxy A01 |
| *Galaxy S Series, including:* |
| Galaxy S24 Ultra |
| Galaxy S24+ |
| Galaxy S24 |
| Galaxy S23 FE |
| Galaxy S23 Ultra |
| Galaxy S23+ |
| Galaxy S23 |
| Galaxy S22+ |
| Galaxy S22 Ultra |
| Galaxy S22 |
| Galaxy S21+ |
| Galaxy S21 |
| Galaxy S21 Ultra |
| Galaxy S21 FE |
| Galaxy S20+ |
| Galaxy S20 FE |
| Galaxy S10+ |
| Galaxy S10E |
| Galaxy S10 |
| Galaxy S9+ |
| Galaxy S9 |
| Galaxy S8 Active |
| Galaxy S8 |

| |
|---|
| ***Galaxy M Series, including:*** |
| Galaxy M62 |
| Galaxy M53 |
| Galaxy M52 |
| Galaxy M51 |
| Galaxy M40 |
| Galaxy M32 |
| GalaxyM31s |
| GalaxyM31 |
| Galaxy M30s |
| Galaxy M30 |
| Galaxy M23 |
| Galaxy M22 |
| GalaxyM21s |
| Galaxy M21 |
| Galaxy M20 |
| Galaxy M13 |
| Galaxy M12 |
| Galaxy M11 |
| Galaxy M10s |
| Galaxy M10 |
| Galaxy M04 |
| Galaxy M02s |
| Galaxy M02 |
| Galaxy M01s |
| Galaxy M01 |
| ***Galaxy J Series, including:*** |
| Galaxy J8 |
| Galaxy J7 |
| Galaxy J6 |
| Galaxy J5 |
| Galaxy J4 |
| Galaxy J3 |
| Galaxy J2 |
| ***Galaxy Note series, including:*** |
| Galaxy Note20 |
| Galaxy Note 10+ |
| Galaxy Note 10 |
| Galaxy Note9 |
| Galaxy Note 8 |
| Galaxy Note FE |
| ***Galaxy Tab series, including:*** |
| Galaxy Tab S9 |
| Galaxy Tab S9+ |
| Galaxy Tab S9 Ultra |

| |
|---|
| Galaxy Tab S8+ |
| Galaxy TabS8 Ultra |
| Galaxy Tab S8 |
| Galaxy TabS7+ |
| Galaxy TabS7 |
| Galaxy Tab S6 |
| Galaxy TabS5e |
| Galaxy Tab S4 |
| Galaxy TabS3 |
| Galaxy Tab A 8.0 |
| Galaxy Tab A 10.5 |
| Galaxy Tab A 10.1 |
| Galaxy Tab A8.4 |
| Galaxy Tab A7 |
| Galaxy Tab A7 Lite |
| Galaxy TabA8 |
| *Galaxy Watch series, including:* |
| Galaxy Watch 6 |
| Galaxy Watch 5 |
| Galaxy Watch 4 |
| Galaxy Watch 3 |
| Galaxy Watch Active 2 |
| Galaxy Watch Active |
| Galaxy Watch |
| *Galaxy XCover series, including:* |
| Galaxy XCover 6 Pro |
| Galaxy XCover5 |
| Galaxy XCover4 |
| Galaxy XCover Pro |