IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA, <br><br> Defendants. | Civil Action No. 2:23-cv-409 <br><br> JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ASUS TECHNOLOGY LICENSING INC., CELERITY IP, LLC, AND ASUSTEK COMPUTER, INC., <br><br> Counterclaim-Defendants. | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST TO THIRD PARTY <u>UNISOC (SHANGHAI) TECHNOLOGIES CO., LTD.</u>**

Before the Court is Plaintiffs ASUS Technology Licensing ("ATL") and Celerity IP, LLC ("Celerity," and together with ATL, "Plaintiffs") Unopposed Motion for Issuance of Letter of Request to Third Party UNISOC (Shanghai) Technologies Co., Ltd. (the "Motion"). Having fully considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.