IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC, § § § § *Plaintiffs*, § § v. § § SAMSUNG ELECTRONICS CO., LTD *et al.*, § § § *Defendants*. § | | CIVIL ACTION NO. 2:23-cv-00409-JRG-RSP |

## ORDER

Before the Court are the Unopposed Motion for Issuance of Letters Rogatory to Third Party Mediatek, Inc. (**Dkt. No. 73**) and Unopposed Motion for Issuance of Letter of Request to Third Party UNISOC (Shanghai) Technologies Co., Ltd. (**Dkt. No. 74**) filed by Plaintiffs ASUS Technology Licensing and Celerity IP, LLC. After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

Accordingly, the Court will execute the Requests for Judicial Assistance attached as Exhibit A to Plaintiffs' Motions. The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signatures on the Requests for Judicial Assistance and prepare certified copies of the signed and sealed letters. Plaintiffs, or their agents, are hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Requests for Judicial Assistance to the proper authority.

**SIGNED this 19th day of July, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE