# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,<br><br>*Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-cv-00409-JRG-RSP |
| SAMSUNG ELECTRONICS CO., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA,<br><br>*Counterclaim-Plaintiffs,*<br>v.<br><br>ASUS TECHNOLOGY LICENSING INC., CELERITY IP, LLC, and ASUSTEK COMPUTER, INC.<br><br>*Counterclaim-Defendants*. | § § § § § § § § § § § § § § § § | |

# **ORDER**

Before the Court is the Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Notice") filed by ASUS Technology Licensing Inc. and Celerity IP, LLC ("Plaintiffs") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America ("Defendants") and Counterclaim-Defendant ASUSTeK Computer, Inc. (Dkt. No. 88.) In the Notice, the parties represent that the above-captioned case has been resolved and stipulate to dismissal of the above-captioned action with prejudice. (*Id*. at 2.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between the parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 10th day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE